UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:06:CR:235

        HON. GORDON J. QUIST

CARLOS RODRIGUEZ,

        Defendant.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 5, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Carlos Rodriguez's plea of guilty to Count One of the Indictment is accepted. Defendant Carlos Rodriguez is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Carlos Rodriguez shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, March 20, 2007**. Defendant Carlos Rodriguez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  March 2, 2007

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE